THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* CELESTER JONES, Petitioner-Appellant.

(No. 60871;

First District (1st Division)—July 21, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Donald S. Honchell, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Irvin Robbins, Assistant State's Attorney, of counsel), for the People.